## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | 3:09-md-02100-DRH |
| (DROSPIRENONE) MARKETING, SALES | ) |  |
| PRACTICES AND PRODUCTS LIABILITY | ) | MDL No. 2100 |
| LITIGATION | ) |  |

This Document Relates To:

*Marina Gant, et al. v. Bayer Corporation, et al.*   No. 11-cv-11095-DRH

*Wendy Golden v. Bayer Corporation, et al.*   No. 11-cv-12060-DRH

*Deidre Lock, et al. v. Bayer Corporation, et al.*   No. 11-cv-11730-DRH

*Samantha MacKenzie v. Bayer Corporation, et al.*  No. 11-cv-12204-DRH

*Stacy Sims v. Bayer Corporation, et al.*   No. 12-cv-11501-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 21, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:   /s/*Caitlin Fischer***
**Deputy Clerk**

**Dated:**  August 22, 2014

Digitally signed by
David R. Herndon
Date: 2014.08.22
12:40:28 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**